### 2328. FRAZIER *v.* THE STATE.

HILL, C. J. 1. The verdict is wholly without evidence to support it, the circumstances being hardly sufficient to raise a bare suspicion of the defendant's guilt, much less to exclude every reasonable hypothesis of his innocence.

2. The special assignments of error are without merit.

*Judgment reversed.*

Accusation of simple larceny; from city court of Eastman—Judge Graham presiding. November 23, 1909.

Submitted January 13,—Decided January 21, 1910.

Frazier was charged with having stolen $40 in money, the property of H. J. Day. From the evidence it appeared that Day had $40 in his pocketbook, when he stopped his buggy in front of his son's house and laid the pocketbook on his knee, to take out several coppers, which he gave to his daughter. The testimony is silent as to whether he did anything further with the pocketbook. He missed it when he had driven about a mile further. An unsuccessful search was made for it in the road and elsewhere. Frazier and two other persons were in a buggy a short distance behind that of Day when Day's buggy was leaving the place where the pocketbook had been opened, and Day, on looking back, saw Frazier jump from the rear buggy, run ahead, stoop down, and then return to his place

in the buggy. Day did not see whether Frazier had anything in his hand. On missing the pocketbook, Day charged Frazier with having picked it up. Frazier denied this. There was no other evidence tending to show that he had taken the pocketbook. In his motion for a new trial, the refusal of which was assigned as error, he alleged that the verdict of guilty was unsupported by evidence.

*D. M. Roberts & Son,* for plaintiff in error.